BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROZELLE SUMMERISE,<br><br>　　　　　　　　Defendant. | CASE NO. 1:13-CR-008 AWI/BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carl Faller, attorney for the defendant, that the status conference currently set for February 10, 2014 at 10:00 be continued to February 24, 2014 at 1:00 p.m. before the Honorable Judge Barbara A. McAuliffe. The reason for the request is because Assistant U.S. Attorney Kimberly Sanchez' son is off from school on 2/10/14 and she will be caring for him and also because the parties are actively engaged in plea negotiations.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

///

///

1

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 5, 2014					Respectfully submitted,

							BENJAMIN B. WAGNER
							United States Attorney

					By	 /s/ Kimberly A. Sanchez
							KIMBERLY A. SANCHEZ
							Assistant U.S. Attorney

Dated: February 5, 2014					/s/ Carl Faller
							Attorney for Rozelle Summerise

IT IS SO ORDERED that the 2nd STATUS CONFERENCE is continued from February 10, 2014 to February 24, 2014 at 1:00 PM before Judge McAuliffe.   Excludable time is waived  "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **February 5, 2014**			     /s/ Barbara A. McAuliffe
							UNITED STATES MAGISTRATE JUDGE