CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>ROZELLE SUMMERISE,<br><br>             Defendant. | Case No.: 1:13-cr-0008 AWI BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 23, 2014<br>Time:  1:00 pm.<br>Honorable Barbara A. McAuliffe |

The parties hereto, by and through their respective attorneys of record, agree and stipulate as follows.

This matter is currently set for status conference on June 9, 2014 at 1:00 pm.  The defendant has recently received a revised plea offer from the government, and requires additional time to appropriately consider the revised offer and to discuss it thoroughly with counsel.  The length of the continuance is necessary since counsel for the defendant will be out of the district for approximately two weeks of the period involved.  Therefore, it is requested that the status conference in this matter be continued until June 23, 2014 at 1:00 pm.   Trial is currently set for January 28, 2013 at 10:00 am.

It is further stipulated that the time between June 9, 2014 and June 23, 2013, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and

the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for further investigation and preparation and evaluation of the pending plea offer.

Dated:  May 19, 2014                    /s/Carl M. Faller
                                         CARL M. FALLER
                                         Attorney for Defendant

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  May 19, 2014

                                          By    /s/Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
                                         Attorney for United States of America

## ORDER

　　　IT IS ORDERED that the 3rd  Status Conference currently set for June 9, 2014 at 1:00 pm., is continued to June 23, 2014 at 1:00 pm before Judge McAuliffe.

　　　It is further ordered that the time between June 9, 2014 and June 23, 2014 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for further investigation and preparation and evaluation of a pending plea offer.

IT IS SO ORDERED.

　　　Dated:   **May 20, 2014**                    /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE