BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROZELLE SUMMERISE,<br><br>　　　　　　　Defendant. | CASE NO. 1:13-CR-00008 AWI-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carl Faller, attorney for the defendant, that the change of status conference set for September 22, 2014 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to November 10, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii for a change of plea hearing. The parties have reached an agreement, but are requesting November 10, 2014 due to the defendant's attorney's schedule.

　　　The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A). In determining whether such a continuance is warranted, the judge must consider, among other things, "[w]hether the failure to grant such a continuance in the proceeding would be likely to make a

continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(I).

Dated: September 18, 2014                              Respectfully submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

                                                     By    /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: September 18, 2014                              /s/ Carl M. Faller
                                                             CARL M. FALLER
                                                            Attorney for Rozelle Summerise

ORDER

IT IS SO ORDERED that the 5th Status Conference before Judge McAuliffe on September 22, 2014 at 1:00 PM is VACATED.   Change of Plea hearing is set for November 10, 2014 at 10:00 AM before Judge Ishii.   Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **September 18, 2014**                    /s/ Barbara A. McAuliffe
                                                                                   UNITED STATES MAGISTRATE JUDGE