CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROZELLE SUMMERISE,<br><br>　　　　　Defendant. | Case No.: 1:13-cr-0008 AWI BAM<br><br>STIPULATION AND  ORDER TO SET MATTER FOR FURTHER STATUS CONFERENCE<br><br>Date:  October 14, 2014<br>Time:  1:00 pm.<br>Honorable Barbara A. McAuliffe |

　　　　The parties hereto, by and through their respective attorneys of record, agree and stipulate as follows.

　　　　This matter is currently set for a change of plea hearing on November 10, 2014 at 10:00 am.,  before the Honorable Anthony W. Ishii.  It is now clear that the matter cannot be resolved, so it the request of the parties that the case be set for further status conference and trial setting on October 14, 2014 at 1:00 pm.  The parties will meet and confer concerning a trial date prior to that appearance.

　　　　Time has already been excluded until November 10, 2014.

Dated:  October 2, 2014　　　　　　　　　　　　/s/Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  October 2, 2014 |   |
|   | By   /s/<u>Kimberly A. Sanchez</u><br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>Attorney for United States of America |

ORDER

IT IS ORDERED that this matter be placed on the court's calendar for further status conference and trial setting (5th) Status Conference on October 14, 2014 at 1:00 pm before Judge McAuliffe.  It is further ordered that the parties meet and confer regarding a trial date prior to that appearance.  Time has been excluded through November 10, 2014 (Doc. 21).

IT IS SO ORDERED.

Dated:   **October 2, 2014**          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE