# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROZELLE SUMMERISE,**<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | CASE NO. 1:13-CR-0008 AWI<br><br>**ORDER FOR RESPONDENT TO FILE A RESPONSE TO PETITIONER'S 28 U.S.C. § 2255 PETITION** |

On January 6, 2020, Petitioner through counsel filed a petition under 28 U.S.C. § 2255. See Doc. No. 50. Petitioner seeks to have his sentence vacated and to be resentenced in light of *United States v. Davis*, 139 S.Ct. 2319 (2019). After review, the Court finds that it is appropriate for the United States to file a response to the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, Respondent shall file a response to Petitioner's § 2255 petition;
2. Within fourteen (14) days of service of the Respondent's response, Petitioner shall file a reply; and
3. If, after receiving the additional briefing, the Court determines that a hearing or other proceeding is necessary, the Court will issue an appropriate order at that time.

IT IS SO ORDERED.

Dated:  April 30, 2020                                                    _____
                                                                                              SENIOR DISTRICT JUDGE